IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY REYNOLDS,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | 8:21CV61<br><br>**DISMISSAL ORDER** |

This matter is before the Court on the parties' Motion and Stipulation for Dismissal (Filing No. 34). The motion is granted. This matter is hereby dismissed with prejudice, with each party to pay its own attorneys' fees and costs. Judgment will be entered by separate order.

**IT IS SO ORDERED.**

Dated this 6th day of December, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge